UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MCCLURE,<br><br>                Plaintiff,<br><br>     v.<br><br>C. K. CHEN, et al.,<br><br>                Defendants. | 1:14-cv-00932-DAD-GSA-PC<br><br>ORDER VACATING MOTION FOR SUMMARY JUDGMENT FROM COURT'S CALENDAR<br>(ECF No. 47.) |

      Plaintiff George McClure ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983. This case now proceeds with Plaintiff's First Amended Complaint filed on February 9, 2015, against Defendants C. K. Chen (M.D.) and C. Horton (Physician's Assistant) ("Defendants") on Plaintiff's medical claim under the Eighth Amendment. (ECF No. 12.)

      On April 18, 2017, Defendants filed a motion for summary judgment. (ECF No. 47.) On January 19, 2018, the court entered findings and recommendations to grant the motion, the parties were then allowed fourteen days in which to file objections to the findings and recommendations. (ECF No. 58.)

      On February 2, 2018, Plaintiff filed a motion for extension of time in which to file objections. (ECF No. 59.) On February 8, 2018, the court granted Plaintiff a thirty-day extension of time. (ECF No. 60.) On March 12, 2018, Plaintiff filed a second motion for

1

extension of time in which to file objections. (ECF No. 61.) On March 14, 2018, the court granted Plaintiff another thirty-day extension of time. (ECF No. 62.)

In light of 28 U.S.C. § 476(a)(1), the Civil Justice Reform Act, the motion for summary judgment is HEREBY DEEMED VACATED from the court's calendar until such time as Plaintiff files his objections and Defendants are allowed ten days in which to respond to the objections.

IT IS SO ORDERED.

    Dated:   **March 15, 2018**            **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE