# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MCCLURE, | 1:14-cv-00932-DAD-GSA-PC |
| Plaintiff, | |
| v. | |
| C. K. CHEN, et al., | **ORDER & WRIT OF HABEAS CORPUS** |
| Defendants. | **AD TESTIFICANDUM** |

George McClure, CDCR # V-00733, a necessary and material witness in a settlement conference in this case on June 7, 2019, is confined in the California Institution for Men (CIM), in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Stanley A. Boone at the U. S. District Court, Courtroom #9, 2500 Tulare Street, Fresno, California 93721, on Friday, June 7, 2019 at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, CIM, P. O. Box 128, Chino, California 91708:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Boone at the time and place above, until completion of the settlement conference or as ordered by the court. This inmate's legal property, relevant to the above entitled case, shall accompany the inmate.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.



IT IS SO ORDERED.

Dated: **May 1, 2019**       **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE