# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MCCLURE,<br><br>    Plaintiff,<br><br>    v.<br><br>C. K. CHEN,<br><br>    Defendant. | Case No. 1:14-cv-00932-DAD-GSA<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS |

This action was filed on June 4, 2014. On June 7, 2019, this Court conducted a settlement conference. During the settlement conference, the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. Dispositional documents shall be filed within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated: **June 7, 2019**

                                                      UNITED STATES MAGISTRATE JUDGE

1