UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MCCLURE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>C. K. CHEN, et al.,<br><br>　　　　　Defendants. | 1:14-cv-00932-DAD-GSA-PC<br><br>**ORDER THAT INMATE IS NO LONGER NEEDED AS PARTICIPANT IN SETTLEMENT CONFERENCE, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED<br>(ECF No. 89.)** |

　　　The settlement conference for this matter commenced on June 7, 2019 at 9:30 a.m., and Plaintiff George McClure, inmate, has completed his participation in the settlement conference. Inmate **George McClure, #V00733** is no longer needed by the Court to participate in these proceedings, and the writ of habeas corpus *ad testificandum* as to this inmate, issued on May 1, 2019, is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:　**June 7, 2019**

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE