# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MCCLURE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C.K. CHEN,<br><br>　　　　　Defendant. | Case No.: 1:14-cv-00932-DAD-GSA (PC)<br><br>ORDER DIRECTING DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO VOID THE SETTLEMENT AGREEMENT<br><br>[ECF No. 100] |

　On June 7, 2019, the undersigned held a settlement conference with the parties, and the case settled with the terms placed on the record. On June 17, 2019, the parties filed a stipulation for voluntary dismissal, the case was closed on June 18, 2019. (ECF Nos. 98,99.)

　On June 24, 2019, Plaintiff filed a motion to void the settlement agreement. (ECF No. 100.) The Court finds a response by Defendant is necessary to fully address Plaintiff's motion which includes a claim that he was offered $10,000 prior to the settlement conference. The matter was referred to the undersigned by the assigned judge on January 10, 2020, since this Court handled the settlement matter.

　Accordingly, it is HEREBY ORDERED that Defendant shall file a response to Plaintiff's motion within **seven (7)** days from the date of service of this order.

IT IS SO ORDERED.

Dated: __**January 10, 2020**__　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1